JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TNG WORLDWIDE, INC., a Michigan Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LYNGUYEN CORPORATION, a California Corporation d/b/a BEAUTYLAND4U<br><br>　　　　Defendant. | Case No. 2:20-cv-10501-DSF (Ex)<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>Complaint Filed: November 17, 2020 |

| | |
|---|---|
| 1 | Pursuant to the Joint Stipulation of Dismissal Without Prejudice and Federal Rule of Civil Procedure Rule 41, the Court hereby orders that the above-captioned matter is dismissed without prejudice. Each party shall bear its own respective fees and costs. |
| 6 | IT IS SO ORDERED. |
| 7 | DATED:  January 12, 2021 |

                                                                               _____
                                                                               Honorable Dale S. Fischer
                                                                               UNITED STATES DISTRICT JUDGE